1

2

3

4

5          **UNITED STATES DISTRICT COURT**

6          **SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GRACE L. SANDOVAL, | CIVIL CASE NO. 10CV233 DMS (WVG) |
| Plaintiff, | |
| vs. | **ORDER GRANTING MOTION TO PROCEED IN FORMA PAUPERIS;** |
| | **DENYING AS MOOT REQUEST FOR APPOINTMENT OF COUNSEL;** |
| ANDRES SANDOVAL, | **DISMISSING COMPLAINT WITH PREJUDICE** |
| Defendant. | [Docs. 1-3] |

15       Plaintiff Grace L. Sandoval, proceeding *pro se*, has filed a complaint (Doc. 1), along with a

16   Motion to Proceed in Forma Pauperis ("IFP") (Doc. 2) and a Request for Appointment Counsel

17   (Doc. 3).  Based on the information provided by Plaintiff, pursuant to 28 U.S.C. § 1915(a), the Court

18   **GRANTS** Plaintiff's IFP motion, solely for the purpose of the motions currently before the Court.

19   The Court is obligated to review a complaint filed IFP *sua sponte* and must dismiss the action if it

20   determines that the complaint is frivolous, malicious, or fails to state a claim for relief.  *See* 28

21   U.S.C. § 1915(e)(2).  After careful review, the Court finds that Plaintiff's complaint is frivolous and

22   void of any plausible claims for relief.  Because "it is absolutely clear that the deficiencies of the

23   complaint could not be cured by amendment," the Court **DISMISSES** the complaint **with**

24   **prejudice**.  *Franklin v. Murphy*, 245 F.2d 1221, 1228 n.9 (9th Cir. 1984).  As such, the Court

25   **DENIES AS MOOT** Plaintiff's Request for Appointment of Counsel.

26       **IT IS SO ORDERED**.

27   DATED:  February 2, 2010

28   _____

HON. DANA M. SABRAW
United States District Judge